IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

LORENZO X. FOREHAND,             *

    Plaintiff                *

vs.                              *
                                CASE NO. 4:08-CV-87 (CDL)
DOROTHY WILLIAMS,                *

    Defendant                *

## ORDER ON RECOMMENDATION OF DISMISSAL
## BY UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on July 1, 2008, is hereby approved, adopted, and made the Order of the Court.

The objections of the Plaintiff have also been thoroughly considered and are found to be without merit.

IT IS SO ORDERED, this 11th day of July, 2008.

                                                  S/Clay D. Land
                                                    CLAY D. LAND
                                        UNITED STATES DISTRICT JUDGE